UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PARK WEST GALLERIES, INC.

      Plaintiff,

      -against-

THERESA FRANKS, an individual, GLOBAL
FINE ART REGISTRY, LLC d/b/a FINE ART
REGISTRY, and JOHN DOES 1-10,

      Defendants.
-----------------------------------------------------------X

Case No.:12-cv-3007 (CM)
ECF CASE

**DECLARATION OF SERVICE**

I, Anthony N. Gaeta , declare under penalty of perjury that on April 19, 2012, I served a copy of the attached Notice of Motion, Memorandum of Law, and Affidavit of Theresa Franks by UPS Next Day Air, tracking no. 1Z F05 567 22 1020 5531, by depositing same in a repository maintained for that purpose and addressed to:

> Michael R. Futterman, Esq.
> McCusker, Anselmi, Rosen, Carvelli, P.C.
> 805 Third Avenue, 12th Floor
> New York, New York 10022
> *Attorneys for Plaintiff*

I, Anthony N. Gaeta, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 19, 2012

                                          **LEVINE DESANTIS, P.C.**

                                          /s Anthony N. Gaeta
                                          Anthony N. Gaeta (AG-9922)
                                          LEVINE DESANTIS, P.C.
                                          5 Penn Plaza, 23rd Floor
                                          New York, New York 10001
                                          (212) 835-1648
                                          (973) 379-6898 (fax)
                                          agaeta@levinedesantis.com
                                          *Attorneys for Defendants Theresa Franks*
                                          *and Global Fine Art Registry, LLC*