# EXHIBIT 9

Case 1:12-cv-03007-CM   Document 18-9   Filed 05/25/12   Page 2 of 8




Welcome to **FINEARTREGISTRY.COM**

10:24AM Wednesday May 2 2012

## DIRECTORY

### FAR's Newest Members

**Services**
- Member Login
- Become A Member
- FAR Galleries
- FAR Search

**Support**
- FAQ
- User Guides
- Glossary of Art

**General Info**
- Home
- Links
- What Is FAR
- Contact Us
- About Us
- Advertising
- FAR Policies
- FAR Testimonials
- Press Room

Welcome to our Newest FAR Members!

**Our Newest Members 2006**
**By User Name, City and State**

**2005 Members**

Gaynor-- Pidley Huntingdon Cambs.-- United Kingdom
Rkmstar-- Campbellford, Canada
Thinkmemories--East Bridgewater, Masschusetts
Nellmls--Fanwood, New Jersey
ArtceArtist--Arizona City, Arizona
Nancy--Villa Park, California
Amy1--Boynton Beach, Florida
Dirtymartinilover--Templeton, California
Wrinkledlight--Palm Bay, Florida
Fara--Los Gatos, California

Insecta5--Romeoville, Illinois
Victoriaantoinette--Hicksville, New York
Cardiovasculargroup--Ridley Park, Pennsylvania
M45611--Evansville, Indiana
Vyckievangoth--Hicksville, New York
Bchaito--Boynton

Beach, Florida

Macmc--Austin, Texas
Willartst--Venice, California
6Kirsten--Virginia Beach, Virginia

Fns--El Cajon, California
Ecliptic--Oakville, Connecticut
Julz3754--Houston, Texas
MCoady--Malibu, California
BenBHop--Mineral Point, Wisconsin
Firehogcnr--Fox Island, Washington
Schulman--Versailles, Kentucky
JCCloud--San Diego, California
DistHorize--Eugene, Oregon
Ambroslaarts--Port Townsend, Washington
Phillpworks--Cebu City, Phillipines
Patriciarmoore--Liberty Township, Ohio

Lisa_Wray--Springville, Pennsylvania
Ninoonin5--East Hampton, New York
Kmichelles--Imlay City, Michigan
Beorn--Brooklyn, New York
Karynart--Erwin, North Carolina
Abhilasha--Vadodara;Gujarat, India
Leonardcetrangolo--San Francisco, California

Gunner--Norwalk, California
Nordyn--Antioch, California
Cameonicole--

Corunna, Michigan
Ariane--Cranston, Rhode Island
Kidstockk--Webster, North Carolina
Mystic007--Hockessin, Delaware
Bunnybabe2--Carson City, Nevada
Invogueart--Homewood, Alabama
Wyndemereart--Corunna, Michigan
Keithk--New York, New York
Tangled--Mocksville, North Carolina
Crarig--Phoenix, Arizona

**2004 Members**

RCollege--Campbell, California
Ellev26--Ottawa Canada
Caro0734--Miami, Florida
Dicowgirl--Dripping Springs, Texas
Diosa60--Bronx, New York
Musicmom2x--Winston-Salem, North Carolina
Tfox--Roslyn, New York
Aaron--Port Angeles, Washington
JPuccio--Maywood, New Jersey
Emily Hefley--Charlotte, North Carolina
Bonniego1--Worcester, Massachusetts
Bermudabound6--Hamilton, Bermuda
DebiLynn4859--Lake Worth, Florida
Hudakore--Madison Heights, Michigan
Christi Rose--Charlestown, Massachusetts
Mcole15--Middletown, Ohio
Leyha420--New

Orleans, Louisiana
Sabine1--New Orleans, Louisiana
Khalid waheed--Abbottabad, Pakistan
Rachita212--New York, New York
Becky--Little Rock, Arkansas
Ruben Caballero--Monterrey, N.L., Mexico

Ironworks Gallery--Arizona
Shamrocgirl--California
OlegRadvan--New York
CarolynSmith--Arizona
Vegassisi--Nevada
Ricksitterly--Georgia
Darla--Arizona
SandraTracey--Arizona

RedCharlie--Arizona
Darla--Arizona
SandyTracey--Arizona
Aquentin--Arizona
Kimwyatt--California
Ligimby--Arizona
Edgecenter--Arizona
Ottobill--Arizona
Mindygriffith--California
Slouwerens--Mississippi
Piccoart--Arizona
Duke Enterprises--New York
Pocketsm3--Florida
LakeKelley--California

Pocketsm3--Florida
LakeKelley--California

Selopez00--Texas
Tmchristian--South Carolina
Progressive--Michigan
Kgrobinson--California
Thecableboy--Arizona

Billyde22--California

EricaPratt-New York
Oneill111--Wisconsin
Hessdean36--Georgia
Wtrbse--New York

Pearlcove--Arizona
Cherry--Tennessee
GReynolds--New York
Kennady--Arizona
Jillbaker--Tennessee
G koeneke--Washington
Jake--Canada
Diana M Ramos--Puerto Rico

**2003**

Ashylovesart--Texas
Saml--Florida
Outsiderart--Pennsylvania
Justih--North Carolina
Katie Barrett--California
Ansbay--Florida
Tommy53--Ohio
Nmjefferson--New Jersey
Clairelavin--Florida
Carrimeaway--North Carolina
Dragonfly28000--Mississippi
RMeadows--South Carolina
AKAJake--Arizona
Stacy Frank--California
Quarantar--Florida
Shano--Washington
Collin--Washington
Shuqueen21--Florida
Imakeuup--Maryland
Mg--California
Eadesigns--Arizona
Amycreates--Arizona

Giselle1--Louisiana
Angel0421--Pennsylvania
Jonicip--Arizona
Tommy53--Ohio
Fjnaf--New York
Darrengee--UK

Rshekell--Kentucky
Fabiosassi--Italy
Lorelei--Canada
Cindy--Illinois
Dmcspadd--AZ

Dennymcneill--Colorado
Lagermeier--Arizona
Backwoodsartist--Colorado
Surrealismo--São Paulo, Brazil
Silencespks--Georgia
Tinasung--California
Don Novin--Florida
Rowena--Arizona
QuidProQuo--Arizona
Michelelshea--Massachusettes
Aleeta rachel--North Carolina
Carriejones--Louisiana

Bevchan--California
Cmorin--France
gardenhoneybee1--Tennessee
Chente--Arizona
Bunz--Canada
Vanessaroutely--Canada

Garley, Elk--California
Xenadog23--Arizona
Artsy--Arizona
Smilesforfree--Vancouver, Canada
Juliebarrett--Dublin, Ireland
Sbaumann1--Kentucky
Gulgirl-Mississippi
Ohubeauty--California
Roxies-cool-stuff--Arizona
Moonspirits--Connecticut
Suzanne Cavin--Georgia
Antoine--Indiana
MaryEliz--South Carolina
Kwaja ali--California
Charrchr--Minnesota
Njeffers--New Jersey

Coloradopops--Colorado
Shirkeen--Arizona
Pangeaprojects--Texas
MrSam--Texas
Joshuaz--Texas
ErikTank--Arizona
Kyleupchurch2003--Oklahoma
Updale--New York
Escha--Alabama
Chanelgals--Arizona
Finerthings--Arizona
Tman--Arizona
ThaSurrealDeal--Missouri

© 2003-2006 *FINEARTREGISTRY.COM*